(106 So. 923)

Oscar RATLIFF v. STATE. (4 Div. 46.) (Court of Appeals of Alabama. Nov. 17,

1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. First degree manslaughter. Frank M. De Graffenried, of Seale, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Affirmed.